Gray et al Menu Foods, et al                                                                                    Doc. 8
MAY-01-2007 13:13 From:
Case 5:07-cv-05065-RTD   Document 8   Filed 05/03/2007   Page 1 of 3   To:479 792 5184   P.2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| SANDRA L. GRAY individually and ) <br> NICK JACKSON and DEENA JACKSON ) <br> As husband and wife and ) <br> All others Persons Similarly Situated, ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> MENU FOODS; MENU FOODS ) <br> INCOME FUND; MENU FOODS ) <br> GEN PAR LIMITED; MENU FOODS ) <br> LIMITED PARTNERSHIP; MENU ) <br> FOODS OPERATING PARTNERSHIP; ) <br> MENU FOODS MIDWEST CORP; ) <br> MENU FOODS SOUTH DAKOTA; ) <br> MENU FOODS, INC.; MENU FOODS ) <br> HOLDINGS, INC.; WAL-MART ) <br> STORES, INC.; XUZHOU ANYING ) <br> BIOLOGIC TECHNOLOGY ) <br> DEVELOPMENT CO. LTD ) <br> <br> Defendants | Case No. 07-5065 |

## STATEMENT WITH RESPECT TO SERVICE

Comes now the undersigned attorney and for his Affidavit states:

That on or about the 17th day of April, 2007, the undersigned sent by certified mail a copy of a Summons and Complaint to Menu Foods Midwest Corp, defendant herein. The Domestic Return Receipt card was signed by the defendant or an agent thereof on April 23, 2007, and is attached hereto confirming service upon the Defendant.

_____
Bill G. Horton

STATE OF ARKANSAS  )
                   ) SS.
COUNTY OF BENTON   )

Subscribed and sworn to before me, the undersigned Notary Public, within and for the County and State aforesaid on this /__th day of May, 2007.

*Karen Lira*
Notary Public

My Commission Expires: 11/17/16

*[Return receipt card, rotated 90°]*

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Menu Foods Midwest Corp
Corporation Trust Co.
1209 Orange Street
Wilmington DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
  _[illegible]_                   2 APR 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   RESTRICTED
   _[illegible]_  NY

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7005 3020 0005 9760 8341

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540