**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Menu Foods Midwest Corp
Corporation Trust Co.
1209 Orange Street
Wilmington DE 19801

7005 1820 0005 9760 8341

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 23 APR 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RESTRICTED
DELIVERY

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☑ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540