IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**SANDRA L. GRAY, individually and
NICK JACKSON and DEENA JACKSON,
As husband and wife and All other Persons
Similarly Situated**                                         **PLAINTIFFS**

Vs.                           **CASE NO. 07-5065**

**MENU FOODS; MENU FOODS INCOME
FUND; MENU FOODS GEN PAR
LIMITED; MENU FOODS LIMITED
PARTNERSHIP; MENU FOODS OPERATING
PARTNERSHIP; MENU FOODS MIDWEST
CORP.; MENU FOODS SOUTH DAKOTA;
MENU FOODS, INC.; MENU FOODS HOLDINGS,
INC.; WAL-MART STORES, INC., XUZHOU
ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT
CO. LTD.**                                                    **DEFENDANTS**

## ENTRY OF APPEARANCE

Marshall S. Ney, of the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., hereby enters his appearance as counsel on behalf of Separate Defendant, Wal-Mart Stores, Inc., and requests that he receive copies of any and all further notices, pleadings or correspondence in this matter from this point forward.

This 4th day of May, 2007.

                                        Respectfully submitted,

                                        /s/ Marshall S. Ney
                                        Marshall S. Ney, Arkansas Bar No. 91108
                                        Attorney for Separate Defendant
                                        Wal-Mart Stores, Inc.

                                        MITCHELL, WILLIAMS, SELIG, GATES &
                                           WOODYARD, P.L.L.C.
                                        5414 Pinnacle Point Dr., Suite 500
                                        Rogers, AR 72758
                                        Phone: 479-464-5653; Fax: 479-464-5680
                                        mney@mwsgw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 4, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

- **Christy Comstock**
  ccomstock@joneslawfirm.com
- **William Gene Horton**
  bhorton@justicetoday.com

          /s/ Marshall S. Ney
Marshall S. Ney, Arkansas Bar No. 91108
Attorney for Separate Defendant
Wal-Mart Stores, Inc.

MITCHELL, WILLIAMS, SELIG, GATES &
   WOODYARD, P.L.L.C.
5414 Pinnacle Point Dr., Suite 500
Rogers, AR 72758
Phone: 479-464-5653
Fax: 479-464-5680
mney@mwsgw.com

1062036.1