IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**SANDRA L. GRAY, individually and**
**NICK JACKSON and DEENA JACKSON,**
As husband and wife and All other Persons
Similarly Situated                                                    PLAINTIFFS

Vs.                              CASE NO. 07-5065

**MENU FOODS; MENU FOODS INCOME**
**FUND; MENU FOODS GEN PAR**
**LIMITED; MENU FOODS LIMITED**
**PARTNERSHIP; MENU FOODS OPERATING**
**PARTNERSHIP; MENU FOODS MIDWEST**
**CORP.; MENU FOODS SOUTH DAKOTA;**
**MENU FOODS, INC.; MENU FOODS HOLDINGS,**
**INC.; WAL-MART STORES, INC., XUZHOU**
**ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT**
**CO. LTD.**                                                          DEFENDANTS

### AGREED MOTION FOR EXTENSION OF TIME

Separate Defendant, Wal-Mart Stores, Inc., by its attorneys, Mitchell, Williams, Selig, Gates & Woodyard, PLLC, for its Agreed Motion for Extension of Time, states:

1.  Wal-Mart was served with the Summons and Complaint in the above matter on April 17, 2007. Accordingly, Wal-Mart's first responsive pleading is due to be filed on or before May 7, 2007.

2.  There is currently pending before the Court a Motion to Stay the case.

3.  In light of the Motion to Stay, Wal-Mart requests that the Court extend the deadline for Wal-Mart's first responsive pleading until ten days after the Court rules on the Motion to Stay. If the Court grants the Motion to Stay, Wal-Mart's first responsive pleading would not be due until after the stay is lifted.

Gray et al Menu Foods, et al                                                                                       Doc. 12

Dockets.Justia.com

4. Plaintiff's counsel has been consulted and does not object to the extension requested.

WHEREFORE, Separate Defendant, Wal-Mart Stores, Inc., prays that its Motion for Extension of Time be granted and for all other just and proper relief to which it may be entitled.

Respectfully submitted,

/s/ Marshall S. Ney
Marshall S. Ney, Arkansas Bar No. 91108
Attorney for Separate Defendant
Wal-Mart Stores, Inc.

MITCHELL, WILLIAMS, SELIG, GATES &
   WOODYARD, P.L.L.C.
5414 Pinnacle Point Dr., Suite 500
Rogers, AR 72758
Phone: 479-464-5653; Fax: 479-464-5680
mney@mwsgw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

**Christy Comstock**
   ccomstock@joneslawfirm.com

**William Gene Horton**
   bhorton@justicetoday.com

/s/ Marshall S. Ney
Marshall S. Ney, Arkansas Bar No. 91108
Attorney for Separate Defendant
Wal-Mart Stores, Inc.

MITCHELL, WILLIAMS, SELIG, GATES &
   WOODYARD, P.L.L.C.
5414 Pinnacle Point Dr., Suite 500
Rogers, AR 72758
Phone: 479-464-5653
Fax: 479-464-5680
mney@mwsgw.com

1062031.1