UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| SANDRA L. GRAY, Individually and NICK JACKSON and DEENA JACKSON As Husband and Wife and All other Persons Similarly Situated,<br>　　　　Plaintiffs<br><br>vs.<br><br>MENU FOODS; MENU FOODS INCOME FUND; MENU FOODS GEN PAR LIMITED; MENU FOODS LIMITED PARTNERSHIP; MENU FOODS OPERATING PARTNERSHIP; MENU FOODS MIDWEST CORP; MENU FOODS SOUTH DAKOTA; MENU FOODS, INC., MENU FOODS HOLDINGS, INC., WAL-MART STORES, INC., XUZHOU ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT CO. LTD.,<br>　　　　Defendants | Case No. CV 07-5065 |

## NOTICE OF POTENTIAL TRANSFER OF TAG-ALONG CASES

COMES NOW the Separate Defendants, Menu Foods; Menu Foods Income Fund; Menu Foods Gen Par Limited; Menu Foods Limited Partnership; Menu Foods Operating Partnership; Menu Foods Midwest Corporation; Menu Foods South Dakota, Inc.; Menu Foods, Inc. and Menu Foods Holdings, Inc., by and through

counsel, JONES & HARPER, and provide Notice of Potential Transfer of Tag-Along Cases, as follows:

On June 19, 2007, the Judicial Panel on Multidistrict Litigation (the "JPML") issued a Transfer Order creating a new multidistrict proceeding entitled *In re Pet Food Products Liability Litigation* (the "MDL"), and assigning the MDL to Judge Noel L. Hillman of the District of New Jersey. *See* Exhibit A, attached. As required by Rules 1.1, 7.4, and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, this case has been identified to the Panel as a "tag-along" case. *See* Exhibit B, attached, Notice of Related Action submitted to the JPML. In light of this action, Defendants requests that the current stay of proceedings remain in place pending transfer to the MDL, in order to serve the interests of judicial economy.

                Respectfully submitted,

                _____/s/ Christy Comstock_____
                Christy Comstock (AR #92246)
                Jones & Harper
                21 West Mountain, Suite 300
                Fayetteville, AR 72701
                (479) 582-3382
                Fax (479) 587-8189
                ATTORNEYS FOR SEPARATE DEFENDANTS, MENU FOODS, MENU FOODS INCOME FUND, MENU FOODS GEN PAR LIMITED, MENU FOODS LIMITED PARTNERSHIP, MENU FOODS OPERATING PARTNERSHIP, MENU FOODS MIDWEST CORP, MENU FOODS SOUTH DAKOTA, MENU FOODS, INC. and MENU FOODS HOLDINGS, INC.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this __27_ day of June 2007, by electronic filing and first class mail, postage prepaid to:

Bill G. Horton
NOLAN, CADDELL & REYNOLDS, PA
PO Box 184
Fort Smith, AR 72902
Attorney for the Plaintiffs

                                                          /s/Christy Comstock
                                                          Christy Comstock