UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| SANDRA L. GRAY, Individually and NICK JACKSON and DEENA JACKSON As Husband and Wife and All other Persons Similarly Situated,<br>　　　　Plaintiffs<br><br>vs.<br><br>MENU FOODS; MENU FOODS INCOME FUND; MENU FOODS GEN PAR LIMITED; MENU FOODS LIMITED PARTNERSHIP; MENU FOODS OPERATING PARTNERSHIP; MENU FOODS MIDWEST CORP; MENU FOODS SOUTH DAKOTA; MENU FOODS, INC., MENU FOODS HOLDINGS, INC., WAL-MART STORES, INC., XUZHOU ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT CO. LTD.,<br>　　　　Defendants | Case No. CV 07-5065 |

### NOTICE OF CONDITIONAL TRANSFER TO DISTRICT OF NEW JERSEY

COMES NOW the Separate Menu Foods Defendants, and hereby give notice to this Honorable Court that on June 28, 2007, the Judicial Panel on Multidistrict Litigation issued a Conditional Transfer Order, attached hereto as Exhibit A and incorporated herein by reference, to conditionally transfer this tag-along action to a new multidistrict proceeding entitled *In re Pet Food Products Liability Litigation* (the

"MDL"), which has been assigned to Judge Noel L. Hillman of the District of New Jersey.

Respectfully submitted,

     /s/ Christy Comstock
Christy Comstock (AR #92246)
Jones & Harper
21 West Mountain, Suite 300
Fayetteville, AR 72701
(479) 582-3382
Fax (479) 587-8189
ATTORNEYS FOR SEPARATE DEFENDANTS, MENU FOODS, MENU FOODS INCOME FUND, MENU FOODS GEN PAR LIMITED, MENU FOODS LIMITED PARTNERSHIP, MENU FOODS OPERATING PARTNERSHIP, MENU FOODS MIDWEST CORP, MENU FOODS SOUTH DAKOTA, MENU FOODS, INC. and MENU FOODS HOLDINGS, INC.

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this __3_ day of July 2007, by electronic filing and first class mail, postage prepaid to:

Bill G. Horton
NOLAN, CADDELL & REYNOLDS, PA
PO Box 184
Fort Smith, AR 72902
Attorney for the Plaintiffs

                                        /s/Christy Comstock
                                        Christy Comstock