```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

SANDRA L. GRAY, Individually and
NICK JACKSON and DEENA JACKSON, as
Husband and Wife and All Other Persons
Similarly Situated                                          PLAINTIFFS


V.                         Case No. 07-CV-5065


MENU FOODS, et al.                                          DEFENDANTS


                              ORDER

    Now before this Court is the Motion to Withdraw filed by counsel for the Menu Foods Defendants requesting that Christy Comstock be permitted to withdraw as counsel and that Robert L. Jones, III of Jones & Harper be permitted to continue the uninterrupted representation of the Menu Foods Defendants. (Doc. 16). The Court finds that the motion should be GRANTED, and Ms. Comstock is allowed to withdraw as attorney of record.

    IT IS SO ORDERED THIS 29TH DAY OF OCTOBER 2007.


                                   /s/ Robert T. Dawson
                                   Honorable Robert T. Dawson
                                   United States District Judge